MARY BORTHWICK, respondent,

*v.*

MICHAEL SKURZYNSKI, &c., appellant.

[Submitted October 31st, 1947.   Decided January 29th, 1948.]

*Mr. James D. Connell,* for the appellant.

*Messrs. Pierson & Brand (Mr. Alfred D'Auria,* of counsel), for the respondent.

PER CURIAM.

The decree appealed from is affirmed, for the reasons stated in the opinion filed in the court below by Vice-Chancellor Egan, and reported at *139 N. J. Eq. 520.*

*For affirmance*—THE CHIEF-JUSTICE, BODINE, DONGES, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, JJ.   11.

*For reversal*—HEHER, SCHETTINO, JJ.   2.